IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CAUSE NO. 1:16cr98-LG-JCG-2

**GARNETT SMITH**

## ORDER GRANTING MOTION TO AMEND

**BEFORE THE COURT** is the [194] Motion for Compassionate Release filed by the defendant, Garnett Smith. The Government has filed a response in opposition to the Motion, claiming that Smith has not exhausted his administrative remedies. In reply, Smith requests that he be afforded the opportunity to amend his Motion to include proof that he has pursued the proper administrative process. Since Smith is asking to amend his Motion, the Court construes Smith's reply as a motion to amend.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Smith's [199] Motion to Amend is granted and he has until **August 14, 2020**, to file an amended motion demonstrating compliance with the administrative process and providing the Court with evidence of the merits of his Motion for Compassionate Release. The Government may file a response to the amended motion as provided by L.U.Cr.R. 47(C).

**SO ORDERED AND ADJUDGED** this the 15th day of July, 2020.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

-1-